UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

TRISTAN BRENAND,

                    Defendant.

CASE NO. 20-17

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense allegedly committed while on federal supervised release. Defendant stipulated to detention.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

1        (3)     On order of a court of the United States or on request of an attorney for the

2  Government, the person in charge of the correctional facility in which Defendant is confined

3  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

4  connection with a court proceeding; and

5        (4)     The Clerk shall provide copies of this order to all counsel, the United States

6  Marshal, and to the United States Probation and Pretrial Services Officer.

7        DATED this 24th day of January, 2020.

8

9                    _____

                  BRIAN A. TSUCHIDA

10                   Chief United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2