THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-010-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER EXTENDING TRIAL AND PRETRIAL DEADLINES |
| TRISTAN BRENNAND, | |
| Defendant. | |

THE COURT has considered the unopposed motion requesting an extension of the trial date and deadline for pretrial motions and the record in this case. The Court finds that (1) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for Mr. Brennand time reasonably necessary for effective preparation; (2) a failure to grant a continuance would likely result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and (3) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

//
//

ORDER EXTENDING TRIAL AND
PRETRIAL DEADLINES
(*USA v. Brennand* / CR20-010-JLR.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2   IT IS THEREFORE ORDERED that the trial will be continued from April 6,

3   2020 to October 19, 2020 and that the time period from the date of this order to the new

4   trial date is excluded for purposes of computing the time limitations imposed by the

5   Speedy Trial Act. Further, the Court ORDERS that the pretrial motions deadline in this

6   case will be  17 September 2020  .

7   DATED this  4th  day of  March  2020.

8

9

10
                                                JAMES L. ROBART
11                                              UNITED STATES DISTRICT JUDGE

12  Presented by
    /s/ Jesse Cantor
13  Assistant Federal Public Defender
    Attorney for Tristan Brennand
14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXTENDING TRIAL AND
PRETRIAL DEADLINES
(*USA v. Brennand* / CR20-010-JLR.) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100